Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
_____ Division

FILED
2021 NOV -5 AM 11: 23
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Tarjal LaTrois O'Neal
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

10 pages attached
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:21-cv-1850-ORL-40-DCI
_(to be filled in by the Clerk's Office)_

Jury Trial: (check one)  [X] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Tarjal O'Neal
   Street Address: 5233 US Hwy 98 N Apt #197
   City and County: Lakeland - Polk
   State and Zip Code: Florida 33809
   Telephone Number: (334) 477-2299
   E-mail Address: seasoned.rn@yahoo.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

page 1 of 10

Defendant No. 1
  Name: MacDill AFB
  Job or Title (if known):
  Street Address:
  City and County: Tampa - Hillsborough
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Fort Jackson Army Installation (CID, Guesthouse, Family Advocacy SPRC)
  Job or Title (if known):
  Street Address:
  City and County: Columbia
  State and Zip Code: SC
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Department of Economic Opportunity Re Employment Division
  Job or Title (if known):
  Street Address:
  City and County: Tallahassee
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Career Source Polk
  Job or Title (if known):
  Street Address:
  City and County: Lakeland - Polk
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 1
- Name: Broward County Sheriff's Office
- Job or Title (if known):
- Street Address:
- City and County: Fort Lauderdale - Broward
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Polk County Sheriff's Office
- Job or Title (if known):
- Street Address:
- City and County: Lakeland - Polk
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Lakeland Police Department
- Job or Title (if known):
- Street Address:
- City and County: Lakeland - Polk
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Hillsborough County Sheriff's Office
- Job or Title (if known):
- Street Address:
- City and County: Tampa - Hillsborough
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*page 3 of 10*

Defendant No. 1
  Name: Atlanta Medical Center Hospital
  Job or Title (if known):
  Street Address:
  City and County: Atlanta
  State and Zip Code: Georgia
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Post Master - US Post Office
  Job or Title (if known):
  Street Address:
  City and County: Lakeland - Polk
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Apple, Inc
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Sprint, Inc
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

page 4 of 10

Defendant No. 1
   Name: Bank of America, Inc.
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 2
   Name: Wells Fargo Bank, Inc.
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 3
   Name: Mid Florida Credit Union, Inc
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 4
   Name: Tampa Police Department
   Job or Title (if known):
   Street Address:
   City and County: Tampa, - Hillsborough Florida
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Page 5 of 10

**Defendant No. 1**

Name: T-mobile, Inc
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**

Name: Internal Revenue Service
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**

Name: Polk County Library System
Job or Title (if known):
Street Address:
City and County: Lakeland - Polk
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name: Consulate Health & Rehab Services
Job or Title (if known):
Street Address:
City and County: Lakeland - Polk
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

page 6 of 10

Defendant No. 1
- Name: Lakeland Landing Apartments
- Job or Title (if known):
- Street Address:
- City and County: Lakeland - Polk
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Fields BMW
- Job or Title (if known):
- Street Address:
- City and County: Lakeland - Polk
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Lakeland Regional Medical Center
- Job or Title (if known):
- Street Address:
- City and County: Lakeland - Polk
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Walgreens Pharmacy, Inc
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Page 7 of 10

Defendant No. 1
  Name: CVS Pharmacy, Inc.
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Lakeland CID (Army Division)
  Job or Title (if known):
  Street Address:
  City and County: Lakeland - Polk
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Humana Military Tricare (East)
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Department of Finance & Accounting Services (DFAS)
  Job or Title (if known):
  Street Address:
  City and County: Washington
  State and Zip Code: D.C.
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case   Page 8 of 10

Defendant No. 1
    Name: The Place at Palazzo Apartments
    Job or Title (if known):
    Street Address:
    City and County: Lakeland - Polk
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name: The Reserve Apartments
    Job or Title (if known):
    Street Address: 5233 US Hwy 98N
    City and County: Lakeland - Polk
    State and Zip Code: Florida
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name: Chase Bank, Inc
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name: LA AFB
    Job or Title (if known):
    Street Address:
    City and County: LA
    State and Zip Code: California
    Telephone Number:
    E-mail Address (if known):

page 9 of 10

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: Walmart, Inc.
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: Department of Veteran Affairs (Bay Pines)
Job or Title (if known):
Street Address:
City and County: St. Petersburg
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: Publix, Inc
Job or Title (if known):
Street Address:
City and County: Lakeland - Polk
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: Melissa Wilson (Sites), Esq
Job or Title (if known): Attorney
Street Address:
City and County: Lakeland - Polk
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

Page 2 of 5

Defendant No. 1
  Name: Christina Mesa, Esq.
  Job or Title (if known): Attorney
  Street Address:
  City and County: Tampa
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Stephen Moten
  Job or Title (if known): Employee of Dept. of Veteran Affairs
  Street Address:
  City and County: Tampa
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: The Crossroads Health & Rehab Center
  Job or Title (if known):
  Street Address:
  City and County: Davenport
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Valencia Health & Rehab. Center
  Job or Title (if known):
  Street Address:
  City and County: Ukland
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

pages 11 & 11

Defendant No. 1
- Name: Robert Valentine, Esq
- Job or Title (if known): Attorney
- Street Address:
- City and County: Lakeland, Polk
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: GEICO, Inc
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Verizon, Inc
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question  [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Deprivation of Rights Under the Color of Law. Violations of the following Amendments under the US Constitution: 1st Amend., 4th Amend., Civil Rights Act of 1964, 10th Amend., 13th Amend., 11th Amend., Substantive Due Process, Abuse of Power, Coercion, Retaliation, Equal Protection

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Please note that the amounts listed below are not all inclusive and do not include damages, personal injuries, money embezzled out of my bank accounts, money laundering from IRS & DEO. I will need to consult with an attorney regarding these issues. Over 100K in medical expenses; Over 20K in unemployment compensation; Over 30K IRS refunds/stimulus checks; Over 70K in VA Claim.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Interference with submitting complaints/inquiries to various state & federal agencies. Interference with past/potential employers leading to job & income losses. Interference with seeking/receiving medical care and medication tampering (HIPPA violations). Illegally obtaining & using consents. Altering medical records - Falsifying medical information - illegally monitoring medical appointments. Illegal entry & search of apartments, vehicles, personal items (ie wallets, purses, paperwork etc) & hotel rooms. Tracking/monitoring all levels of communication (ie phones, internet, emails, postal mail, social media accounts) and altering/editing.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My damages, personal injury and relief are extensive and I am requesting to be allowed to seek legal counsel to properly and adequately address. I have made multiple attempts to seek legal counsel in various states/areas however multiple defendants listed have interfered/thwarted any/all attempts - which has caused major delays and irreparable damages; have me filing this Complaint.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*I am requesting that I be allowed time to obtain legal counsel to properly and adequately evaluate all the issues of this complex case and that the defendants involved in interference with me obtaining legal assistance be prohibited.*

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/05/2021

Signature of Plaintiff: *Jarjal O'Neal*
Printed Name of Plaintiff: Jarjal O'Neal

**B. For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____